# Appendix A to Consent Judgment

| Employee Name | BWs Due | LDs Agreed | Total Gross Amount Due to EE |
|---|---:|---:|---:|
| Juan C. Aguilar | $ 541.87 | $ 148.87 | $ 690.74 |
| Antonio Avalos | $ 324.73 | $ 89.21 | $ 413.94 |
| Francisco Ayala | $ 67.99 | $ 18.68 | $ 86.67 |
| Maria Barajas | $ 560.15 | $ 153.88 | $ 714.03 |
| Delfino Benitez Pliego | $ 92.27 | $ 25.35 | $ 117.62 |
| Marvin Cabrera | $ 202.84 | $ 55.73 | $ 258.57 |
| Guillermo Campos | $ 1,840.00 | $ 505.51 | $ 2,345.51 |
| Roni Campos | $ 2,132.00 | $ 585.73 | $ 2,717.73 |
| Ricardo Castro | $ 933.80 | $ 256.54 | $ 1,190.34 |
| Jose Chavarria | $ 447.24 | $ 122.87 | $ 570.11 |
| Valerey N. Ditzworth | $ 57.23 | $ 15.72 | $ 72.95 |
| Matilde Dominguez | $ 163.93 | $ 45.04 | $ 208.97 |
| Princesa Esquivel | $ 157.75 | $ 43.34 | $ 201.09 |
| Luis Fernandez | $ 166.74 | $ 45.81 | $ 212.55 |
| Crystal Flores | $ 126.18 | $ 34.67 | $ 160.85 |
| Jose Galvez | $ 1,394.03 | $ 382.98 | $ 1,777.01 |
| David Garcia | $ 376.22 | $ 103.36 | $ 479.58 |
| Fausto Garcia | $ 1,722.66 | $ 473.27 | $ 2,195.93 |
| Eduardo Gonzalez | $ 744.65 | $ 204.58 | $ 949.23 |
| Juan A. Gonzalez Morales | $ 1,809.09 | $ 497.01 | $ 2,306.10 |
| Armando Gutierrez | $ 38.24 | $ 10.51 | $ 48.75 |
| Azucena Gutierrez | $ 1,000.82 | $ 274.96 | $ 1,275.78 |
| Sandra Gutierrez | $ 583.43 | $ 160.29 | $ 743.72 |
| Sergio Gutierrez | $ 35.51 | $ 9.76 | $ 45.27 |
| Rogelio Gutierrez Porras | $ 50.04 | $ 13.75 | $ 63.79 |
| Levi D. Herrera | $ 562.59 | $ 154.56 | $ 717.15 |
| Armando Iles | $ 82.79 | $ 22.75 | $ 105.54 |
| Marco Jaramillo | $ 316.21 | $ 86.87 | $ 403.08 |
| Robert J. Jaramillo | $ 22.61 | $ 6.21 | $ 28.82 |
| Erika Jimenez | $ 194.68 | $ 53.48 | $ 248.16 |
| Candelario Lopez | $ 2,385.01 | $ 655.24 | $ 3,040.25 |
| Luis E. Lopez | $ 63.92 | $ 17.56 | $ 81.48 |
| Carlos H. Lopez Rios | $ 795.31 | $ 218.50 | $ 1,013.81 |
| Juan A. Luis | $ 129.16 | $ 35.48 | $ 164.64 |
| Allyssa Martinez | $ 57.62 | $ 15.83 | $ 73.45 |
| Leonardo Munos | $ 653.53 | $ 179.54 | $ 833.07 |
| Saul N. Octaciano | $ 207.11 | $ 56.90 | $ 264.01 |
| Francisco J. Olivo Ramirez | $ 55.77 | $ 15.32 | $ 71.09 |
| Rogelio Ornelas | $ 84.79 | $ 23.29 | $ 108.08 |

| Name | | | |
|---|---:|---:|---:|
| Maria Ortega Jimenez | $ 48.71 | $ 13.38 | $ 62.09 |
| Daniel Perez | $ 30.76 | $ 8.45 | $ 39.21 |
| Junior Perez | $ 323.62 | $ 88.91 | $ 412.53 |
| Marcelino Perez Garcia | $ 1,955.53 | $ 537.24 | $ 2,492.77 |
| Guillermo Ramos | $ 5,059.29 | $ 1,389.94 | $ 6,449.23 |
| Ibanny Rodriguez | $ 42.56 | $ 11.69 | $ 54.25 |
| Jose Rodriguez | $ 37.71 | $ 10.36 | $ 48.07 |
| Mayala Rodriguez | $ 53.70 | $ 14.75 | $ 68.45 |
| Armando Romo | $ 4,062.90 | $ 1,116.20 | $ 5,179.10 |
| Elias Salinas | $ 1,524.23 | $ 418.75 | $ 1,942.98 |
| Marisol Sarmiento | $ 166.92 | $ 45.86 | $ 212.78 |
| Angel Soloman | $ 460.81 | $ 126.60 | $ 587.41 |
| Daniel Suarez | $ 46.55 | $ 12.78 | $ 59.33 |
| Kevin Urvina | $ 1,123.37 | $ 308.62 | $ 1,431.99 |
| Carlos A. Valadez | $ 5,750.78 | $ 1,579.91 | $ 7,330.69 |
| Eduardo D. Valadez | $ 1,338.79 | $ 367.81 | $ 1,706.60 |
| Jesus Valadez | $ 751.62 | $ 206.50 | $ 958.12 |
| Roberto Valadez | $ 428.31 | $ 117.67 | $ 545.98 |
| Jose Julian Valadez Hernandez | $ 293.43 | $ 80.60 | $ 374.03 |
| Nidia J. Zamora | $ 35.25 | $ 9.68 | $ 44.93 |
| **TOTALS** | **$ 44,715.35** | **$ 12,284.65** | **$ 57,000.00** |